**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.  5:17-CV-0154 (BKS/DEP) |
| Plaintiff, | ) | |
| v. | ) | |
| **Real property commonly known as 5188 Hoag Lane, Fayetteville, New York, Tax Map ID: 104.-09-14.0** | ) | |
| Defendant. | ) | |

**ORDER BARRING ALL FURTHER CLAIMS**

This matter having come before me at Syracuse, New York on May 15, 2017, for the return on the Notice of Complaint for Forfeiture against Real Property and Summons pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; and Saladin Hadid, having interposed his verified claim to the defendant real property on April 3, 2017 and Mark A. Onofri and Francis Onofri, having interposed their verified claims to the defendant real property on April 14, 2017; there being no further claims or answers interposed; and there being no appearance at the call of the calendar on May 15, 2017 on behalf of any other parties, it is hereby

ORDERED, that other than the claims of Saladin Hadid, Mark A. Onofri and Francis Onofri, all further claims to the defendant real property are hereby barred and foreclosed forever, and it is further

ORDERED, that the claims of Saladin Hadid, Mark A. Onofri and Franci Onofri shall proceed into the discovery stage.

Dated and entered this 15th day of May, 2017.

Hon. Brenda K. Sannes
United States District Judge